ACCEPTED
12-14-00155-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/20/2015 3:25:19 PM
CATHY LUSK
CLERK

NO. 12-14-00155-CV

# In the Twelfth District Court of Appeals at Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/20/2015 3:25:19 PM
CATHY S. LUSK
Clerk

BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS,
and SABRA CURRY,

Appellants

v.

LOWE'S HOME CENTERS, INC.,

Appellee

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

_____

Appellee Lowe's Home Centers, Inc. files this motion seeking an additional thirty days of time to file its Appellee's Brief. In support thereof, Appellee states as follows:

## I.
### INTRODUCTION

1.     Appellee's Brief is currently due on May 20, 2015. Appellee seeks an extension of thirty days to file its brief, making it due on June 19, 2015. This is Appellee's second request for extension, and the requested extension is unopposed.

1

## II.
### ARGUMENT AND AUTHORITIES

2.     Pursuant to Texas Rule of Appellate Procedure 10.5(b) and 38.6(d), Appellee requests an extension of time to file Appellee's Brief due to the current obligations of Appellee's counsel, Holly Williamson and Sheri Caldwell.

3.     The following obligations of Ms. Williamson necessitate the requested extension:

a.     Petition for Review filed on May 19, 2015 in the Texas Supreme Court in *Gilberto Rincones v. WHM Custom Services, Inc., et al.*, , Cause No. 13-11-00075-CV;

b.     Preparation for trial before the Southern District of Texas in *McKinney v. M&W Restaurant, d/b/a Pepe's Mexican Cantina*, Cause No. 4:13-CV-03766, which included preparation of numerous pretrial briefs, motions, exhibits and witnesses as well as other trial preparation;

c.     Preparing Appellee's Brief in *Brewer v. Lowe's Home Centers, Inc.*, Cause No. 12-14-00155-CV, due May 20, 2015 and pending in the Twelfth District Court of Appeals at Tyler;

d.     Ms. Williamson's daughter also graduated from Texas A&M on Friday, May 15, 2015, and aside from graduation activities, needed assistance relocated from College Station to Houston;

e.     Additionally, Ms. Williamson's son is graduating from the University of Houston on May 23, 2015.

4. The following obligations of Ms. Caldwell also necessitate the requested extension:

a. Petition for Review filed on May 19, 2015 in the Texas Supreme Court in *Gilberto Rincones v. WHM Custom Services, Inc., et al*., , Cause No. 13-11-00075-CV;

b. Preparing Appellee's Brief in *Brewer v. Lowe's Home Centers, Inc*., Cause No. 12-14-00155-CV, due May 20, 2015 and pending in the Twelfth District Court of Appeals at Tyler;

c. Emergency investigation into an employee's illegal conduct, necessitating numerous interviews and review of video surveillance from May 11 through May 15;

d. Investigation and preparation of a position statement due May 15, 2015 in pending before the EEOC (names withheld to preserve confidentiality);

e. Investigation and preparation of a position statement due May 1, 2015 in pending before the EEOC (names withheld to preserve confidentiality);

f. In addition to these deadlines, Ms. Caldwell had a medical issue arise on May 14, 2015 and May 15, 2015, significantly impairing her ability to perform work during these days.

5. This Motion for Extension is unopposed and is not sought for delay purposes only but so that justice may be done.

**III.**
**Conclusion**

Appellee respectfully requests that the Court grant its request for extension of time

to file Appellee's Brief and order that Appellee's Brief is due on June 19, 2015.

Respectfully submitted,

/s/ Sheri L. Caldwell
**Holly H. Williamson**
State Bar No. 21520100
**Sheri L. Caldwell**
State Bar No. 24038798
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202
(214) 979-3000 (Telephone)
(214) 880-0011 (Facsimile)
hwilliamson@hunton.com
scaldwell@hunton.com

**Attorneys for Appellee**
**Lowe's Home Centers, Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that she contacted counsel for Appellants on May 20, 2015, who indicated that this Motion is unopposed.

/s/ Sheri L. Caldwell
Sheri L. Caldwell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the following counsel of record by email, on this the 20th day of May, 2015:

Matthew R. Pearson
Brendan K. McBride
Gravely & Pearson, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
mpearson@gplawfirm.com
brendan.mcbride@att.net

/s/ Sheri L. Caldwell
Sheri L. Caldwell

23797.000411 EMF_US 55736720v1